**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **KCW Group, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **aka The Gallery Houston** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 7 – 4 8 3 6 0 1 7 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6303 Beverly Hill St** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Houston**    **TX**    **77057** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **Harris** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.thegalleryhouston.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **KCW Group, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

03/22/2023 12:39:29pm

Debtor **KCW Group, LLC** _____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                                      MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

List all cases.  If more than 1, attach a separate list.

Case number, if known   _____

Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known   _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **KCW Group, LLC** _____   Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number        Street

_____

_____        _____        _____
City                                 State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**▇ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **KCW Group, LLC**                                    Case number (if known) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of**
    **authorized representative**
    **of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/22/2023**
       MM / DD / YYYY

X **/s/ Edward Schulenburg, Jr.**
Signature of authorized representative of debtor
**Edward Schulenburg, Jr.**
Printed name
**Managing Member**
Title

18. **Signature of attorney**

X **/s/ Julie M. Koenig** _____  Date **03/22/2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Julie M. Koenig**
Printed name
**Cooper & Scully, P.C.**
Firm name
**815 Walker St.**
Number          Street
**Suite 1040**

| **Houston** | **TX** | **77002** |
|---|---|---|
| City | State | ZIP Code |

| **(713) 236-6800** | **julie.koenig@cooperscully.com** |
|---|---|
| Contact phone | Email address |
| **14217300** | **TX** |
| Bar number | State |

| Fill in this information to identify the case |
|---|

Debtor name     **KCW Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

**1.**    **Does the debtor have any cash or cash equivalents?**

     ☐ No.  Go to Part 2.
     ☑ Yes.  Fill in the information below.

     **All cash or cash equivalents owned or controlled by the debtor**          **Current value of
debtor's interest**

**2.**    **Cash on hand**                                                      **$0.00**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|
| 3.1.   **Checking account Chase Bank** | **Checking account** | 0 | 0 | 2 | 0 | **$16,580.87** |

**4.**    **Other cash equivalents**     *(Identify all)*

     Name of institution (bank or brokerage firm)

**5.**    **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.      **$16,580.87**

| Part 2: | Deposits and prepayments |
|---|---|

**6.**    **Does the debtor have any deposits or prepayments?**

     ☑ No.  Go to Part 3.
     ☐ Yes.  Fill in the information below.

03/22/2023 12:39:33pm

Debtor   **KCW Group, LLC**                                          Case number (if known) _____
_____
Name

**Current value of
debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.   Accounts receivable**

11a. 90 days old or less:   **$72,115.12**   –   **$0.00**   = .............. →   **$72,115.12**
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **$64,274.49**   –   **$0.00**   = .............. →   **$64,274.49**
                          face amount          doubtful or uncollectible accounts

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$136,389.61** |

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor  **KCW Group, LLC**  Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **KCW Group, LLC**                                    Case number (if known) _____
Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| Office Furniture See Exhibit A | | | $48,660.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 3 Desks | | | $90.00 |
| 6 Chairs | | | $60.00 |
| 3 Executive Chairs | | | $60.00 |
| Sofa | | | $100.00 |
| 3 Computers | | | $100.00 |
| 1 Printer | | | $50.00 |
| Computer Table with 8 Chairs | | | $200.00 |
| 2 TVs | | | $125.00 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $49,445.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **KCW Group, LLC**                                              Case number (if known) _____
                  Name

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                                      $0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No
☐  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No
☐  Yes

| Part 9: | Real property |
|---------|---------------|

**54.  Does the debtor own or lease any real property?**

☐  No.  Go to Part 10.
☑  Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **6303 Beverly Hill St<br>Houston, TX 77057<br>6303 Beverly Hill St, Houston, TX<br>77057<br>Lt 150 Blk 3<br>Glenhaven Estates Sec 2<br>Event Facility** | **Business Property** | | | **$3,900,000.00** |
| 55.2.  **6305 Beverly Hill St<br>Houston, TX 77057<br>6305 Beverly Hill St, Houston, TX<br>77057<br>TR 149 & TR 148 A Blk 3<br>Glenhaven Estates Sec 2<br>Event Facility Parking Lot** | **Business Property** | | | **$750,000.00** |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      $4,650,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐  No
☑  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐  No
☑  Yes

Debtor  __**KCW Group, LLC**__                                    Case number (if known) _____
          Name

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| www.thegalleryhouston.com | | 3 years income | $2,100,000.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                    $2,100,000.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **Commercial Property Insurance** | $0.00 |

03/22/2023 12:39:33pm

Debtor  **KCW Group, LLC**                                          Case number (if known) _____
_____
Name

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                    | $0.00 |
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,580.87 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $136,389.61 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $49,445.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*....................➔ | | $4,650,000.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,100,000.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column. | 91a. $2,302,415.48 | + 91b. $4,650,000.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.....................................................  | $6,952,415.48 |

**Fill in this information to identify the case:**

Debtor name    **KCW Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐   No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
☑   Yes.  Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2.   List in alphabetical order all creditors who have secured claims.  If a creditor has more
than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**ARF Financial aka Timberland Bank** | **Describe debtor's property that is<br>subject to a lien** | **$184,000.00** | **$138,140.99** |
| **Creditor's mailing address**<br>**433 North Camden # 810** | **--Checking account Chase Bank<br>--Account receivables<br>--Office Furniture See Exhibit A<br>--1 Printer** | | |
| **Beverly Hills         CA    90210** | **--2 TVs<br>--3 Computers<br>--3 Desks** | | |
| **Creditor's email address, if known** | **--3 Executive Chairs<br>--6 Chairs** | | |
| **Date debt was incurred    11/1/2022** | **--Computer Table with 8 Chairs<br>--Sofa** | | |
| **Last 4 digits of account<br>number         9  6  2  5** | **Describe the lien** | | |
| | **Loan** | | |
| **Do multiple creditors have an interest in<br>the same property?** | **Is the creditor an insider or related party?** | | |
| ☑ No<br>☐ Yes.  Specify each creditor, including this<br>creditor, and its relative priority. | ☑ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| | ☐ No<br>☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**                                                                  **$234,280.32**

Debtor   **KCW Group, LLC**                                         Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2** Creditor's name
**Property Tax Funding**

Creditor's mailing address
**4100 Alpha Rd, Suite 670**

_____

**Dallas                    TX    75244**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number                          **0    2    0    0**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Describe debtor's property that is                    **$50,280.32       $4,650,000.00**
subject to a lien

**--6303 Beverly Hill St, Houston, TX 77057 / Lt 150 Blk 3 / Glenhaven Estates
Sec 2 / Event Facility
--6305 Beverly Hill St, Houston, TX 77057 / TR 149 & TR 148 A Blk 3 /
Glenhaven Estates Sec 2 / Event Facility Parking Lot**

Describe the lien
**Loan**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **KCW Group, LLC**                                                     Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Timberland Bank** | Line   **2.1** | ___ ___ ___ ___ |
| **624 Simpson Ave** | | |
| **Hoquiam**          **WA**   **98550** | | |

**Fill in this information to identify the case:**

Debtor **KCW Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**1919 Smith St.**

**Stop 5024 HOU**

**Houston**          **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**         Priority amount **$0.00**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**Insolvency Department**

**PO Box 7346**

**Philadelphia**          **PA**    **19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**         Priority amount **$0.00**

03/22/2023 12:39:36pm

Debtor   **KCW Group, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** |

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | **Total claim** | **Priority amount** |

**2.3**   **Priority creditor's name and mailing address**

**Internal Revenue Service**

**STOP 6692 AUSC**

_____

_____

**Austin**                    **TX**      **73301-0030**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        **$0.00**

**Priority amount**    **$0.00**

**Basis for the claim:**
**Taxes**

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**      ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **8**   )

Debtor   **KCW Group, LLC**                                    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check that apply.*

**First Corporate Solutions**

**914 S. Street**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Sacramento**          **CA**    **95811**

Basis for the claim:

**Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 |

*Check all that apply.*

**Hawthorne Creative - Website designer**

**33 Jewel Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Portsmouth, NH 3801**

Basis for the claim:

**Business Account**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |

*Check all that apply.*

**ON Deck Capital**

**901 N. Stuart St. Floor 7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Arlington**          **VA**    **22203**

Basis for the claim:

**Loan**

Date or dates debt was incurred    **2/1/2023**

Last 4 digits of account number    **6** **E** **1** **5**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

*Check all that apply.*

**PNC Bank Line of Credit**

**4100 West 150th St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cleveland**          **OH**    **44135**

Basis for the claim:

**Loan**

Date or dates debt was incurred    **11/1/2022**

Last 4 digits of account number    **1** **E** **1** **3**

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor **KCW Group, LLC** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

**Texas Capital Loans**

**6101 Southwest Fwy**

**Ste. 400**

**Houston**                          **TX**      **77057**

Date or dates debt was incurred     _____

Last 4 digits of account number      **5    8    0    1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Unknown** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$225,000.00

| 3.6 | Nonpriority creditor's name and mailing address |

**Texas Capital Loans**

**6101 Southwest Fwy**

**Ste. 400**

**Houston**                          **TX**      **77057**

Date or dates debt was incurred     _____

Last 4 digits of account number      **5    9    0    1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Unknown** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,750,000.00

Debtor   **KCW Group, LLC**                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Allegiance Bank**                              Line _____                    __ __ __ __
      **8727 W. Sam Houston Pkwy**          ☑ Not listed.  Explain:
      **Ste. 100**                                        **Loan**
      _____
      **Houston               TX     77040**

4.2   **ATTORNEY GENERAL**                     Line _____                    __ __ __ __
      **TAX DIV. - BANKRUPTCY**             ☑ Not listed.  Explain:
      **POB 12548**                                     **Notice Only**
      _____
      **AUSTIN                 TX     78711**

4.3   **Attorney General**                         Line _____                    __ __ __ __
      **Department of Justice**               ☑ Not listed.  Explain:
      **10th and Constitution Ave N.W.**        **Notice Only**
      **Rm. 400**
      **Washington           DC     20530**

4.4   **Harris County**                             Line _____                    __ __ __ __
      **c/o John Dillman**                      ☑ Not listed.  Explain:
      **PO Box3064**                                  **TAXES**
      _____
      **Houston               TX     77253-3064**

4.5   **HARRIS COUNTY/CITY OF HOUSTON**   Line _____                    __ __ __ __
      **C/O BANKRUPTCY DEPT**              ☑ Not listed.  Explain:
      **PO BOX 3064**                                **Taxes**
      _____
      **HOUSTON              TX     77253-3064**

4.6   **IRS**                                            Line _____                    __ __ __ __
      **8701 S. GESSNER**                       ☑ Not listed.  Explain:
      _____          **TAXES**
      _____
      **HOUSTON              TX     77074**

Debtor     **KCW Group, LLC**                                          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

|  | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **IRS** <br> **PO BOX 149047** <br> **AUSTIN**          **TX**     **78714** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **SECURITIES AND EXCHANGE** <br> **COMMISSION** <br> **450 FIFTH STREET NW** <br> **WASHINGTON**     **DC**     **20549** | Line _____ <br> ☑ Not listed.  Explain: <br> **NOTICE ONLY** | __ __ __ __ |
| 4.9 | **SWE Homes, LP** <br> **6101 Southwest Fwy** <br> **Ste. 400** <br> **Houston**          **TX**     **77057** | Line ___**3.6**___ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.10 | **SWE Homes, LP** <br> **6101 Southwest Fwy** <br> **Ste. 400** <br> **Houston**          **TX**     **77057** | Line ___**3.5**___ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS** <br> **111 E. 17TH STREET** <br> **AUSTIN, TX 78774-0100** <br> **Attn:  Bankruptcy Dept** | Line _____ <br> ☑ Not listed.  Explain: <br> **Taxes** | __ __ __ __ |
| 4.12 | **Texas Workforce Commission** <br> **PO Box 149037** <br> **Austin**          **TX**     **78714-9037** | Line _____ <br> ☑ Not listed.  Explain: <br> **Taxes** | __ __ __ __ |
| 4.13 | **U.S. Attorney's Office** <br> **Southern District of Texas** <br> **1000 Louisiana, Ste. 2300** <br> **Houston**          **TX**     **77002** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

03/22/2023 12:39:36pm

Debtor    **KCW Group, LLC**                                          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any

4.14    **UNITED STATES TRUSTEE**                    Line _____                    ___ ___ ___ ___

**515 Rusk Avenue, Ste. 3516**                ☑ Not listed.  Explain:

**Notice Only**

**Houston**              **TX**    **77002**

Debtor      **KCW Group, LLC**                                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

                                                              **Total of claim amounts**

5a.   **Total claims from Part 1**                          5a. _____ **$0.00**

5b.   **Total claims from Part 2**                          5b. **+** _____ **$2,072,500.00**

5c.   **Total of Parts 1 and 2**                            5c. | **$2,072,500.00** |
      Lines 5a + 5b = 5c.

03/22/2023 12:39:37pm

**Fill in this information to identify the case:**

Debtor name      **KCW Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____      Chapter ___**11**___

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

2.1  **State what the contract
or lease is for and the
nature of the debtor's
interest**

\*
**Contract to be ASSUMED**

**To Be Supplemented**
_____
_____

**State the term remaining**     _____     _____

**List the contract
number of any
government contract**     _____     _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>KCW Group, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
### Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  Edward Schulenburg, Jr. | 3306 Little Farms Court<br>Number      Street<br><br>Richmond                TX    77406<br>City                              State   ZIP Code | Allegiance Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  Edward Schulenburg, Jr. | 3306 Little Farms Court<br>Number      Street<br><br>Richmond                TX    77406<br>City                              State   ZIP Code | ARF Financial aka Timberland Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  Edward Schulenburg, Jr. | 3306 Little Farms Court<br>Number      Street<br><br>Richmond                TX    77406<br>City                              State   ZIP Code | PNC Bank Line of Credit | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  Edward Schulenburg, Jr. | 3306 Little Farms Court<br>Number      Street<br><br>Richmond                TX    77406<br>City                              State   ZIP Code | ON Deck Capital | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **KCW Group, LLC**                                    Case number (if known) _____

<hr>

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.5 | Edward Schulenburg, Jr. | 3306 Little Farms Court<br>Number    Street | Hawthorne Creative - Website designer | ☐ D  ☑ E/F  ☐ G |
| | | Richmond      TX   77406<br>City              State  ZIP Code | | |
| 2.6 | Paula Gless-Schulenburg | 3306 Little Farms Court<br>Number    Street | Allegiance Bank | ☐ D  ☑ E/F  ☐ G |
| | | Richmond      TX   77406<br>City              State  ZIP Code | | |
| 2.7 | Paula Gless-Schulenburg | 3306 Little Farms Court<br>Number    Street | ARF Financial aka Timberland Bank | ☑ D  ☐ E/F  ☐ G |
| | | Richmond      TX   77406<br>City              State  ZIP Code | | |
| 2.8 | Paula Gless-Schulenburg | 3306 Little Farms Court<br>Number    Street | PNC Bank Line of Credit | ☐ D  ☑ E/F  ☐ G |
| | | Richmond      TX   77406<br>City              State  ZIP Code | | |
| 2.9 | Paula Gless-Schulenburg | 3306 Little Farms Court<br>Number    Street | Hawthorne Creative - Website designer | ☐ D  ☑ E/F  ☐ G |
| | | Richmond      TX   77406<br>City              State  ZIP Code | | |

---

**Fill in this information to identify the case:**

Debtor Name  **KCW Group, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................. | **$4,650,000.00**

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B.............................................................. | **$2,302,415.48**

    1c.  **Total of all property**
        Copy line 92 from Schedule A/B.................................................................. | **$6,952,415.48**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$234,280.32**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F.................................. | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ | **+  $2,072,500.00**

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................... | **$2,306,780.32**

---

**Fill in this information to identify the case and this filing:**

Debtor Name __**KCW Group, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**03/22/2023**__       X __/s/ Edward Schulenburg, Jr.__
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                     **Edward Schulenburg, Jr.**
                     Printed name
                     **Managing Member**
                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **KCW Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)      _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023**<br>MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☑ Other  **To be supplemented** | _____ |
| For prior year: | From **01/01/2022**<br>MM / DD / YYYY to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other  **To be supplemented** | _____ |
| For the year before that: | From **01/01/2021**<br>MM / DD / YYYY to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other  _____ | **$907,317.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ann Harris Bennett-Tax Assessor**<br>Creditor's name<br>**7300 N Shepherd Dr**<br>Street<br><br>**Houston**            **TX   77091**<br>City                State   ZIP Code | **Property Tax Funding paid the taxes** | **$13,388.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Property Taxes** |

Debtor **KCW Group, LLC**
Name          Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2. **Ann Harris Bennett-Tax Assessor**
Creditor's name

**7300 N Shepherd Dr**
Street

**Houston**     **TX**    **77091**
City           State     ZIP Code

**Property Tax Funding paid the taxes**

**$36,891.76**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other   **Property Taxes**

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☒ None

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

Debtor    __KCW Group, LLC__                       Case number (if known) _____

           Name

## Part 4:    Certain Gifts and Charitable Contributions

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

## Part 5:    Certain Losses

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☑ None

## Part 6:    Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | **Attorney Fees: $15,000** | **03/14/2023** | **$16,738.00** |
| | | **Court Filing Fee: $1738** | | |
| | **Address** | | | |
| | **815 Walker St., Suite 1040** | | | |
| | Street | | | |
| | | | | |
| | **Houston**    **TX**    **77002** | | | |
| | City      State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.**   **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

   ☑ None

| Debtor | **KCW Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

Debtor __**KCW Group, LLC**_____     Case number (if known) _____
Name

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **PNC Bank**<br>Name<br>**200 Crescent Court**<br>Street<br><br>**Dallas**          **TX**   **75201**<br>City          State   ZIP Code | XXXX- **7**  **2**  **6**  **9** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **3/21/2023** | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Paula Gless-Schulenburg**<br>Name<br>**3306 Little Farms Court**<br>Street<br><br>**Richmond**          **TX**   **77406**<br>City          State   ZIP Code | **6303 Beverly Hill St**<br><br>**Houston**          **TX**   **77057** | **Antique chairs, artwork and 2 antique buffets** | _____ |

Debtor  **KCW Group, LLC**                                          Case number (if known) _____
_____
Name

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No
     ☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

     ☑ None

26.  **Books, records, and financial statements**

     26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

     | | Name and address | Dates of service |
     |---|---|---|
     | 26a.1. | **Constantine Sotiriades, CPA** | From __**2015**__  To __**Present**__ |
     | | Name | |
     | | **1776 Yorktown St** | |
     | | Street | |
     | | **Suite 470** | |
     | | | |
     | | **Houston**              **TX**       **77056-4154** | |
     | | City                        State       ZIP Code | |

Debtor    **KCW Group, LLC**                                        Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
      statement within 2 years before filing this case.

      ☐ None

      **Name and address**                                    **Dates of service**

26b.1. **Constantine Sotiriades, CPA**                        From   **2015**      To   **Present**
       Name
       **1776 Yorktown St**
       Street
       **Suite 470**

       **Houston**                  **TX**      **77056-4154**
       City                          State       ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

      **Name and address**                                    **If any books of account and records are
                                                              unavailable, explain why**

26c.1. **Linda Livingston**                                   **To be supplemented**
       Name

       Street

       _____
       City                          State       ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

      ☑ None

**27. Inventories**

      Have any inventories of the debtor's property been taken within 2 years before filing this case?

      ☑ No.
      ☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
      or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Ed Schulenburg, Jr.** | **3306 Little Farms Court**<br>**Richmond, TX 77406** | **Managing Member** | **50%** |
| **Paula Gless-Schulenburg** | **3306 Little Farms Court**<br>**Richmond, TX 77406** | **Managing Member** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
      members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

      ☑ No
      ☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

Debtor      **KCW Group, LLC**                                    Case number (if known) _____
           Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Ed Schulenburg, Jr.**<br>Name<br>**3306 Little Farms Court**<br>Street<br><br>**Richmond          TX    77406**<br>City               State   ZIP Code<br><br>**Relationship to debtor**<br>**Managing Member** | **Salary**<br>**$5,000.00** | **2022-2023** | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2.  **Paula Gless- Schulenburg**<br>Name<br>**3306 Little Farms Court**<br>Street<br><br>**Richmond          TX    77406**<br>City               State   ZIP Code<br><br>**Relationship to debtor**<br>**Managing Member** | **Salary**<br>**$10,000.00** | **2022-2023** | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **KCW Group, LLC** _____    Case number (if known) _____
       Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/22/2023** _____
       MM / DD / YYYY


**X** **/s/ Edward Schulenburg, Jr.** _____    Printed name   **Edward Schulenburg, Jr.** _____
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor **Managing Member** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **KCW Group, LLC**

Case No.  _____

Chapter  **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept...........................Hourly: Estimated Total | **$50,000.00** |
| Prior to the filing of this statement I have received......................................................... | **$15,000.00** |
| Balance Due............................................................................Hourly: Approximately | **$35,000.00** |

2. The source of the compensation paid to me was:
☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
☑ Debtor      ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/22/2023** | **/s/ Julie M. Koenig** | |
|---|---|---|
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St. | |
| | Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

---

**/s/ Edward Schulenburg, Jr.**

*Edward Schulenburg, Jr.*
*Managing Member*

**Fill in this information to identify the case:**

Debtor name  **KCW Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Capital Loans 6101 Southwest Fwy Ste. 400 Houston, TX 77057 | | Unknown | Contingent Unliquidated Disputed | | | $1,750,000.00 |
| 2 | Texas Capital Loans 6101 Southwest Fwy Ste. 400 Houston, TX 77057 | | Unknown | Contingent Unliquidated Disputed | | | $225,000.00 |
| 3 | PNC Bank Line of Credit 4100 West 150th St Cleveland, OH 44135 | | Loan | | | | $50,000.00 |
| 4 | ARF Financial aka Timberland Bank 433 North Camden # 810 Beverly Hills, CA 90210 | | Loan | | $184,000.00 | $138,140.99 | $45,859.01 |
| 5 | ON Deck Capital 901 N. Stuart St. Floor 7 Arlington, VA 22203 | | Loan | | | | $40,000.00 |

Debtor   **KCW Group, LLC**                                        Case number (if known) _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Hawthorne Creative - Website designer 33 Jewel Ct. Portsmouth, NH 3801 | | Business Account | | | | $7,500.00 |
| 7   Internal Revenue Service STOP 6692 AUSC Austin, TX 73301-0030 | | Taxes | | | | $0.00 |
| 8   Internal Revenue Service Insolvency Department PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $0.00 |
| 9   Internal Revenue Service 1919 Smith St. Stop 5024 HOU Houston, TX 77002 | | Taxes | | | | $0.00 |
| 10  First Corporate Solutions 914 S. Street Sacramento, CA 95811 | | Unknown | Contingent Unliquidated Disputed | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **KCW Group, LLC**                                      CASE NO

                                                                         CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/22/2023 _____          Signature   **/s/ Edward Schulenburg, Jr.** _____

                                                                              **Edward Schulenburg, Jr.**

                                                                              **Managing Member**

Date _____          Signature _____

Allegiance Bank
8727 W. Sam Houston Pkwy
Ste. 100
Houston, TX 77040


ARF Financial aka Timberland Bank
433 North Camden # 810
Beverly Hills, CA 90210



Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Edward Schulenburg, Jr.
3306 Little Farms Court
Richmond, TX 77406



First Corporate Solutions
914 S. Street
Sacramento, CA 95811



Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


Hawthorne Creative - Website designer
33 Jewel Ct.
Portsmouth, NH 3801

```
Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030



IRS
PO BOX 149047
AUSTIN, TX  78714



IRS
8701 S. GESSNER
HOUSTON, TX  77074



ON Deck Capital
901 N. Stuart St. Floor 7
Arlington, VA 22203



Paula Gless-Schulenburg
3306 Little Farms Court
Richmond, TX 77406



PNC Bank Line of Credit
4100 West 150th St
Cleveland, OH 44135



Property Tax Funding
4100 Alpha Rd, Suite 670
Dallas, TX 75244
```

```
SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


SWE Homes, LP
6101 Southwest Fwy
Ste. 400
Houston, TX 77057


Texas Capital Loans
6101 Southwest Fwy
Ste. 400
Houston, TX 77057


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


Timberland Bank
624 Simpson Ave
Hoquiam, WA 98550


To Be Supplemented


U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002


UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002
```

03/22/2023 12:39:51pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                                  CHAPTER   **11**
**KCW Group, LLC**


DEBTOR(S)                                                          CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Ed Schulenburg, Jr. 3306 Little Farms Court Richmond, TX 77406 | | | Member |
| Paula Gless-Schulenburg 3306 Little Farms Court Richmond, TX 77406 | | | Member |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.



Date:  **3/22/2023** _____          Signature: **/s/ Edward Schulenburg, Jr.** _____
                                                                        *Edward Schulenburg, Jr.*
                                                                        **Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **KCW Group, LLC**                                          CASE NO

                                                                 CHAPTER    **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                   **$1,000,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                                      **$61,598.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$3,000.00** |
| 12. Office Expenses and Supplies: | **$300.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$1,792.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | |
| **Car Allowance** | **$750.00** |
| **Car Insurance** | **$385.00** |
| **Comcast** | **$300.00** |
| **Dish** | **$164.00** |
| **Owner Draws** | **$4,000.00** |
| **Labor** | **$7,600.00** |
| **Credit Cards** | **$4,000.00** |
| **Health Insurance** | **$1,400.00** |
| **City Water** | **$400.00** |
| **Security for Events** | **$2,400.00** |
| **Medical Expenses** | **$3,500.00** |
| **Waste** | **$321.00** |
| **Cell Phones** | **$362.00** |
| **Advertising & Marketing** | **$2,500.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **KCW Group, LLC**                                      CASE NO

                                                               CHAPTER   **11**


## BUSINESS INCOME AND EXPENSES

*Continuation Sheet No. 1*

22. Total Monthly Expenses (Add items 3 - 21)                                      **$33,174.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                     **$28,424.00**